# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A, D, OLIVE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00778-LJO-SMS PC<br><br>ORDER STRIKING MOTION FROM RECORD FOR LACK OF SIGNATURE<br><br>(ECF No. 33) |

 Plaintiff Jowell Finely ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Although Plaintiff includes a paragraph that the motion is signed under penalty of perjury, he neglected to sign the motion.

 Unsigned documents cannot be considered by the Court, and Plaintiff's motion for a court order, filed September 1, 2011, is HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

**Dated:     September 6, 2011**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1