1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOWELL FINLEY,                              CASE NO. 1:10-cv-00778-LJO-SMS PC

10                    Plaintiff,              ORDER GRANTING PLAINTIFF AN
                                              EXTENSION OF TIME TO PAY FILING FEE
11        v.

12  A. D. OLIVE, et al.,                       SIXTY DAY DEADLINE

13                    Defendants.
                                    /
14

15        Plaintiff Jowell Finely ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

16  action pursuant to 42 U.S.C. § 1983.  On September 19, 2011, Plaintiff filed a motion requesting

17  a court order to direct CDCR to pay the filing fee in this action.  The Court has issued findings and

18  recommendations recommending denying Plaintiff's motion.  However, the Court finds good cause

19  and shall HEREBY GRANT Plaintiff sixty days from the date of service of this order to pay the

20  filing fee in this action.

21        IT IS SO ORDERED.

22  **Dated:    September 27, 2011                       /s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1