# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>         Plaintiff,<br><br>    v.<br><br>A. D. OLIVE, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:10-cv-00778-LJO-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSIVE PLEADING<br><br>TWENTY-DAY DEADLINE |

   Plaintiff Jowell Finely ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. An order issued revoking Plaintiff's in forma pauperis status on June 20, 2011. On October 14, 2011, Plaintiff submitted the filing fee. Accordingly, Defendants are HEREBY ORDERED to file a responsive pleading within twenty days of the date of service of this order.

   IT IS SO ORDERED.

Dated:   **October 18, 2011**                    **/s/ Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE

1