1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY, | CASE NO. 1:10-cv-00778-LJO-BAM PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A COURT ORDER AS MOOT |
| v. | |
| A. D. OLIVE, et al., | (ECF Nos. 35, 39) |
| Defendants. | |
| _____/ | |

Plaintiff Jowell Finely ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 4, 2011, findings and recommendations issued recommending denying Plaintiff's motion for a court order directing Matthew Cate to release funds to pay Plaintiff's filing fee.  On October 14, 2011, Plaintiff paid the filing fee.  Accordingly, it is HEREBY ORDERED that:

      1.     The findings and recommendations, issued October 4, 2011, is VACATED; and

      2.     Plaintiff's motion for a court order, filed September 19, 2011, is DENIED as moot.

      IT IS SO ORDERED.

**Dated:**   **October 25, 2011**          **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE

1