# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>A. D. OLIVE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00778-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br><br>(ECF No. 53) |

    Plaintiff Jowell Finely ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently in the discovery phase, and on June 20, 2012, Defendants filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

    Good cause having been shown, Defendants' motion is HEREBY GRANTED.

    IT IS SO ORDERED.

Dated:   **June 21, 2012**                /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE