# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>           Plaintiff,<br><br>   v.<br><br>A. D. OLIVE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:10-cv-00778-LJO-BAM PC<br><br>ORDER ADDRESSING PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br><br>(ECF No. 55) |

     Plaintiff Jowell Finely ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 21, 2012, the Court granted Defendants' motion to depose Plaintiff by video conference or by telephonic means.  Plaintiff filed objections to the motion on June 28, 2012, based upon his contention that he filed his complaint under penalty of perjury and his claims were clear so there is no reason for Defendants to depose Plaintiff.

     The parties are entitled to conduct discovery in this action, which includes deposing a party. Fed. R. Civ. P. 30(a).  Accordingly, Plaintiff is required to attend the deposition and failure to comply will result in the award of reasonable costs to Defendants.

     IT IS SO ORDERED.

**Dated:   July 11, 2012**                    **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE