1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9    JOWELL FINLEY,                          CASE NO. 1:10-cv-00778-LJO-BAM PC

10                    Plaintiff,              ORDER DISMISSING ACTION, WITH
                                             PREJUDICE, PURSUANT TO FED. R. CIV.
11        v.                                 PROC. 41(a)(1)(A)(ii)

12    A. D. OLIVE, et al.,                   (ECF No. 67)

13                    Defendants.
                                          /
14

15        Plaintiff Jowell Finely ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

16   action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the complaint, filed May 3, 2010,

17   against Defendants A. D. Olive and M. Pina for deliberate indifference to a serious threat to

18   Plaintiff's safety in violation of the Eighth Amendment.  Defendants Olive and Pina filed an answer

19   to the complaint on November 7, 2011.  On November 6, 2012, the parties submitted a stipulation

20   to dismiss this action, with prejudice.

21        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) "the plaintiff may dismiss an

22   action without a court order by filing . . . a stipulation of dismissal signed by all parties who have

23   appeared."  The dismissal is without prejudice unless the stipulation states otherwise.  Fed. R. Civ.

24   Proc. 41(a)(1)(B).  The stipulation is signed by the parties and states the dismissal is with prejudice

25   as to all defendants.

26        Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY

27   ORDERED that:

28        1.      This action is DISMISSED, with prejudice, as to all defendants;

1

1     2.     All parties shall bear their own costs; and

2     3.     All pending motions are terminated.

3     IT IS SO ORDERED.

4  **Dated:**   **November 7, 2012**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE